# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY STANFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-06-10-S |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 29, 2006, the defendant filed an agreed motion to remand this case to the Commissioner for further administrative action pursuant to sentence four (4) of Sec. 205 (g) of the Social Security Act. Defendant seeks a remand requesting the Administrative Law Judge (hereinafter "ALJ") to re-evaluate plaintiff's depression and substance abuse pursuant to 20 C.F.R. Sec. 416.920a and 416.935 and fully discuss his findings in his written decision.

The court grants the motion to remand. This Court is remanding this action to the ALJ to re-evaluate plaintiff's depression and substance abuse pursuant to 20 C.F.R. Sec. 416.920a and 416.935 and fully discuss his findings in his written decision.

**IT IS THEREFORE ORDERED** this case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. Sec. 405 (g) to the Administrative Law Judge for further proceedings consistent with this order.

**IT IS SO ORDERED** this 14th day of September, 2006.

Frank H. Seay  
United States District Judge  
Eastern District of Oklahoma